IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ISHITA MAHESHKUMAR THANKI,<br><br>Plaintiff,<br><br>v.<br><br>LOREN K. MILLER and JOSEPH B. EDLOW,<br><br>Defendants. | 4:26CV3047<br><br>**REASSIGNMENT ORDER** |

A consent to exercise jurisdiction by the United States Magistrate Judge has not been filed. *See* 28 U.S.C. § 636(c); NECivR 73.1(a). Accordingly, pursuant to NECivR 73.1(a),

IT IS ORDERED that this case is reassigned to District Judge Susan M. Bazis for disposition and is assigned to Magistrate Judge Michael D. Nelson for judicial supervision.

Dated this 3rd day of June 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge